**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAROLYN COPELAND<br>4050 Garden City Drive<br>Unit 471<br>Hyattsville, MD 20785,<br><br>     *Plaintiff,*<br><br>    v.<br><br>METROPOLITAN DC POLICE<br>DEPARTMENT,<br>400 6th Street NW<br>Washington, D.C. 20001<br><br>     *Defendant.* | Case No. 25-cv-1792 |

**<u>NOTICE OF REMOVAL</u>**

Under 28 U.S.C. §§ 1441(a) and 1446 and Fed. R. Civ. P. 81(c), Defendant District of Columbia (the District) hereby removes *Carolyn Copeland v. Metropolitan DC Police Department,*[1] 2025-CAB-2715, to this Court.   This case was filed in the Superior Court of the District of Columbia against the Metropolitan Police Department (MPD), and claims in the Complaint raise federal questions appropriate for resolution by this Court.   *See* Compl.

A party may remove a civil action brought in a state court if the district courts of the United States have original jurisdiction.  *See* 28 U.S.C. § 1441(a).   Here, Plaintiff asserts that her constitutional rights were violated by the Metropolitan Police Department.  *See* Compl. at 1.  Because these claims arise under federal law, this Court has original jurisdiction under 28 U.S.C. § 1331.  *See* 28 U.S.C. § 1331 ("The district courts shall have

---

[1]     Plaintiff's Complaint identifies the Defendant as "Metropolitian DC Police Department."
The Metropolitan Police Department corrects the misspelling of "Metropolitan" upon removal.

original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").   Thus, MPD is removing this action under 28 U.S.C. § 1441(a).

Under 28 U.S.C. § 1367(a), this Court may exercise supplemental jurisdiction over Plaintiff's state law claims.   *See Busby v. Capital One, N.A.*, 759 F. Supp. 2d 81, 83–84 (D.D.C. 2011) ("Once a case has been removed, the district court has original jurisdiction over the plaintiff's claim under federal law, and may thus 'exercise supplemental jurisdiction over accompanying state law claims so long as those claims constitute other claims that form part of the same case or controversy.'" (quoting *City of Chicago v. Int'l Coll. of Surgeons*, 522 U.S. 156, 164-65 (1997)) (ellipses and internal quotation marks omitted)).   Here, Plaintiff has asserted claims under "D.C. Common Law."  *See* Compl. at 1.

MPD received a copy of the Complaint in this case on May 16, 2025.   The requirements of 28 U.S.C. § 1446 are satisfied because this Notice is filed within 30 days of MPD's receipt of the Complaint, or by June 15, 2025.   This Removal is therefore timely. Copies of all pleadings and papers filed in the Superior Court of the District of Columbia are attached as Exhibit 2.   After this Notice is filed in the United States District Court for the District of Columbia, MPD will file this notice of removal with the Clerk of the Court for the Superior Court of the District of Columbia and serve a copy on Plaintiff.

Venue is proper as the United States District Court for the District of Columbia includes the District of Columbia, where the events giving rise to this action allegedly occurred, and where the Superior Court of the District of Columbia is located.  *See* Compl.

Accordingly, MPD removes this action to this Court from the Superior Court of the District of Columbia, Civil Division.

Date:    June 6, 2025                            Respectfully  submitted,

                                                BRIAN L. SCHWALB
                                                Attorney General for the District of Columbia

                                                CHAD COPELAND
                                                Deputy Attorney General
                                                Civil Litigation Division

                                                /s/ Steven N. Rubenstein
                                                STEVEN N. RUBENSTEIN [1013094]
                                                Chief, Civil Litigation Division Section V

                                                /s/ Blair Gilbert
                                                BLAIR GILBERT [155801]
                                                Assistant Attorney General
                                                400 6th Street, NW
                                                Washington, D.C. 20001
                                                (202) 805-7636
                                                blair.gilbert@dc.gov

                                                *Counsel for Defendant Metropolitan Police Department*